1810.                    ORNDORFF vs. MUMMA.
JUNE.

Orndorff          APPEAL from *Washington* County Court. This was a
vs            special action on the case, the declaration stating that a
Mumma
suit had been brought in the late general court against the
The plots in an
action of eject-    appellee, to recover land of which the appellant was in pos-
ment are a part of
the record. and    session, and that the appellant agreed to indemnify him if
one of the original
plots, or a copy,    he would defend the suit, &c. The general issue was
ought to be annex-
ed to a transcript    pleaded; and at the trial the plaintiff, (the now appellee,)
of the proceedings
to make it evi-    offered in evidence a record duly certified, &c. of the pro-
dence. A copy
of the proceed-    ceedings in the suit above referred to, being an action of
ings. in such an
action, wherein    ejectment brought in the late general court, in the name of
the verdict and
judgment were for    *George Painther's* lessee against the present appellee, to
land as located on
the plots returned    recover the possession of a tract of land called *The Resur-*
in the cause, hav-
ing no plot or a    *vey on Stoney Glade*, and a tract of land called *The Resur-*
copy annexed
thereto, was held    *vey on Hills and Dales and The Vineyard.* In which ac-
to be a part only
of the record, and    tion defence was taken on warrant, and plots were return-
not to be sufficient
evidence, though    ed. At the trial a verdict was given, and judgment was ren-
otherwise proper-
ly authenticated.    dered in favour of the plaintiff in the action for an undivid-
ed moiety of the tract called *The Resurvey on Hills and*
*Dales and The Vineyard*, as located by the plaintiff on the
plots returned in the cause, and which was included with-
in a deed from *Chapline* to *Painther*, dated, &c. as located
by the plaintiff on the said plots, and which land, so includ-
ed in that deed, was delineated on the said plots as begin-
ning at, &c. and as to the residue of the trespass and eject-
ment in the residue of the land and tenements in the de-
claration complained of, verdict that the defendant in that
action was not guilty, &c. There was not annexed to the
record of the proceedings above offered in evidence, either
of the original plots, or a copy of either. The defendant
objected to the record being received in evidence. But
the county court, (*Clagett* and *Shriver*, A. J.) overruled
the objection. The defendant excepted; and the verdict
and judgment being against him, he appealed to this court.

The cause was argued before CHASE, Ch. J. GANTT, and
EARLE, J. by

Brooke, for the Appellant; and by
*Hughes* and *Lawrence*, for the Appellee.

CHASE, Ch. J. delivered the opinion of the court. The
court are of opinion, that the plot is a part of the records,
and that a copy of it ought to have been annexed to the

transcript. And part of the record only being produced, was not sufficient evidence to support the action in this case.

JUDGMENT REVERSED, AND PROCEDENDO AWARDED.